No. 921. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* LYNCHBURG TRUST & SAVINGS BANK ET AL. May 7, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Solicitor General Biggs* for petitioner. *Mr. Samuel H. Williams* for respondents.

No. 922. SHAWKEE MANUFACTURING CO. ET AL. *v.* HARTFORD-EMPIRE CO. May 7, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Allan C. Bakewell, Otto R. Barnett, Jo Bailey Brown, Drury W. Cooper,* and *William B. Jaspert* for petitioners. *Messrs. Clarence P. Byrnes, Thomas G. Haight, Vernon M. Dorsey, William J. Belknap,* and *Robson D. Brown* for respondent.

No. 926. WILLOUGHBY CAMERA STORES, INC. *v.* UNITED STATES. May 7, 1934. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Mr. Jules Chopak* for petitioner. *Solicitor General Biggs* and *Assistant Attorney General Lawrence* for the United States.

No. 928. BROCK, STATE BANK COMMISSIONER, ET AL. *v.* WAINER. May 7, 1934. Petition for writ of certiorari to the Supreme Court of Louisiana denied. *Messrs. William C. Dufour, John St. Paul, Jr., Henry P. Dart, Jr.,* and *Leonard B. Levy* for petitioners. *Messrs. James Wilkinson* and *John D. Miller* for respondent.